B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Knippenberg, Kirk D** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Knippenberg, Wanda** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9982** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0553** |
| Street Address of Debtor (No. and Street, City, and State):<br>**17150 McCarron**<br>**Homer Glen, IL**                          ZIP Code **60441** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**17150 McCarron**<br>**Homer Glen, IL**                          ZIP Code **60441** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Knippenberg, Kirk D**<br>**Knippenberg, Wanda** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**KDK Concrete Contractors, Inc** | Case Number:<br>**07-20051** | Date Filed:<br>**10/29/07** |
|---|---|---|
| District:<br>**Northern District of Illinois -- Eastern Division** | Relationship:<br>**Owner** | Judge:<br>**Jacqueline Cox** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** __/s/ Timothy M. Hughes__                 __April 21, 2008__<br>Signature of Attorney for Debtor(s)               (Date)<br>**Timothy M. Hughes** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Knippenberg, Kirk D** <br> **Knippenberg, Wanda** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kirk D Knippenberg**
Signature of Debtor   **Kirk D Knippenberg**

X **/s/ Wanda Knippenberg**
Signature of Joint Debtor **Wanda Knippenberg**

Telephone Number (If not represented by attorney)

**April 21, 2008**
Date

### Signature of Attorney*

X **/s/ Timothy M. Hughes**
Signature of Attorney for Debtor(s)

**Timothy M. Hughes 6208982**
Printed Name of Attorney for Debtor(s)

**Lavelle Law, Ltd.**
Firm Name
**501 W Colfax**
**Palatine, IL 60067**

Address

**Email: thughes@lavellelaw.com**
**847.705-9698  Fax: 847.241-1702**
Telephone Number

**April 21, 2008**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re
**Kirk D Knippenberg**
**Wanda Knippenberg**

Debtor(s)

Case No. _____

Chapter      **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kirk D Knippenberg**
                        **Kirk D Knippenberg**
Date:  **April 21, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kirk D Knippenberg**
       **Wanda Knippenberg** _____   Case No. _____
                                    _____   Chapter   **7** _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Wanda Knippenberg**
                        **Wanda Knippenberg**

Date:   **April 21, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re **Kirk D Knippenberg,**
**Wanda Knippenberg**

Case No. _____

Chapter _____ **7** _____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 500,000.00 | | |
| B - Personal Property | Yes | 4 | 298,372.53 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,165,693.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 86,206.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 1,006,158.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,590.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 798,372.53 | | |
| Total Liabilities | | | | 2,258,058.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Kirk D Knippenberg,**
    **Wanda Knippenberg**

Case No. _____

                                   Debtors   ,

Chapter                **7**           

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 86,206.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 86,206.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,500.00 |
| Average Expenses (from Schedule J, Line 18) | 3,590.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,269.23 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 543,422.98 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 86,206.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,006,158.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,549,581.94 |

B6A (Official Form 6A) (12/07)

In re    **Kirk D Knippenberg,**
       **Wanda Knippenberg**
                                        Debtors                ,

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13624 Lakespur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00)** | **Fee simple** | **J** | **350,000.00** | **758,810.00** |
| **16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00** | **Fee simple** | **-** | **150,000.00** | **40,915.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **500,000.00** | (Total of this page) |
| Total > | **500,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Kirk D Knippenberg,**
     **Wanda Knippenberg,**

Case No. _____

_____
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking First Community** | - | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books & pictures** | - | 350.00 |
| 6. Wearing apparel. | | **Clothing** | - | 1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance** | - | 50.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **4,950.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kirk D Knippenberg,**                                           Case No. _____
        **Wanda Knippenberg**
                                                          ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension** | - | 67,022.53 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Misc stocks** | - | 1,400.00 |
| | | **KDK Concrete Contractors, Inc. (bankrupt)** | J | 0.00 |
| | | **Alkat Construction Services Inc. (Dissolved- out of business)** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable from KDK Concrete Contractors, Inc (Bankrupt entity 07 B 20051). Face amount $54,000.00** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2007 tax refund** | - | 1,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                          Sub-Total >        69,422.53
                                      (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kirk D Knippenberg,**                    Case No. _____

        **Wanda Knippenberg**

                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1965 Impalla | J | 22,000.00 |
| | | Mercury | J | 10,000.00 |
| | | Ford F250 | - | 32,000.00 |
| | | 2006 snowmobile | J | 6,000.00 |
| | | 2006 Truck | - | 10,000.00 |
| | | 1966 Ford ThunderBird | - | 22,000.00 |
| | | Kobelco 160 | J | 45,000.00 |
| | | 1998 Kenworth Truck | J | 42,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Mustang MTL25 S/N: Srl # 21503055 | - | 35,000.00 |

Sub-Total >       **224,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kirk D Knippenberg,**    Case No. _____

**Wanda Knippenberg**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)

Total >        298,372.53

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re **Kirk D Knippenberg,**
     **Wanda Knippenberg**                                                 Case No. _____

                                             ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking First Community** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **2,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books & pictures** | **735 ILCS 5/12-1001(a)** | **350.00** | **350.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Interests in Insurance Policies** | | | |
| **Life insurance** | **215 ILCS 5/238** | **50.00** | **50.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension** | **735 ILCS 5/12-704** | **67,022.53** | **67,022.53** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2007 tax refund** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1965 Impalla** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **22,000.00** |
| **2006 snowmobile** | **735 ILCS 5/12-1001(b)** | **950.00** | **6,000.00** |
| **1966 Ford ThunderBird** | **735 ILCS 5/12-1001(b)** | **0.00** | **22,000.00** |
| | | | |
| | Total: | **75,322.53** | **122,972.53** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Kirk D Knippenberg,**
       **Wanda Knippenberg**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **10608215023605**<br><br>**Chase Auto Finance**<br>**P.O. Box 9001083**<br>**Louisville, KY 40290** | | - | | **2006**<br><br>**Purchase Money Security**<br><br>**2006 Truck** | | | | | |
| | | | | Value $          **10,000.00** | | | | **15,852.00** | **5,852.00** |
| Account No.<br><br>**Citi Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197** | | J | | **Purchase Money Security**<br><br>**1998 Kenworth Truck** | | | | | |
| | | | | Value $          **42,000.00** | | | | **46,000.00** | **4,000.00** |
| Account No.<br><br>**CNH Capital America LLC**<br>**P.O. Box 7247-0170**<br>**Philadelphia, PA 19170-0170** | | J | | **2006**<br><br>**Purchase Money Security**<br><br>**Kobelco 160** | | | | | |
| | | | | Value $          **45,000.00** | | | | **51,512.00** | **6,512.00** |
| Account No.<br><br>**First Community Bank**<br>**2801 Black Road**<br>**Joliet, IL 60435** | | - | | **2006-07**<br><br>**Second Mortgage**<br><br>**13624 Laankspur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00)** | | | | | |
| | | | | Value $          **350,000.00** | | | | **640,000.00** | **290,000.00** |
| __3__   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **753,364.00** | **306,364.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Kirk D Knippenberg,**
         **Wanda Knippenberg**                                          Case No. _____

_____ ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Community Bank** <br> **2801 Black Road** <br> **Joliet, IL 60435** | | - | **NOTICE ONLY** <br><br> **Mortgage** <br><br> **16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00** | | | | | |
| | | | Value $              **150,000.00** | | | | 0.00 | 0.00 |
| Account No. **40741042** <br><br> **Ford Cred** <br> **Po Box Box 537901** <br> **Livonia, MI 48153** | | - | **Opened  5/01/06  Last Active  2/16/08** <br><br> **Automobile** | | | | | |
| | | | Value $              **Unknown** | | | | 34,204.00 | Unknown |
| Account No. **40943015** <br><br> **Ford Cred** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | - | **Opened  6/01/06  Last Active 12/03/07** <br><br> **NOTICE ONLY** <br><br> **Automobile** | | | | | |
| | | | Value $              **Unknown** | | | | 13,647.00 | Unknown |
| Account No. **36583654** <br><br> **Ford Cred** <br> **Po Box Box 537901** <br> **Livonia, MI 48153** | | - | **Opened  2/01/04  Last Active  3/01/08** <br><br> **Automobile** | | | | | |
| | | | Value $              **Unknown** | | | | 7,037.00 | Unknown |
| Account No. **39104234** <br><br> **Ford Cred** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | - | **Opened  5/01/05  Last Active 12/03/07** <br><br> **NOTICE ONLY** <br><br> **Automobile** | | | | | |
| | | | Value $              **Unknown** | | | | 3,468.00 | Unknown |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 58,356.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Kirk D Knippenberg,**
         **Wanda Knippenberg**                                          ,         Case No. _____

                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 8-05 | | | | | |
| **Ford Motor Credit** P.O. Box 790093 Saint Louis, MO 63179-0093 | | - | **Purchase Money Security** **Mercury** | | | | | |
| | | | Value $     **10,000.00** | | | | **9,000.00** | **0.00** |
| Account No. | | | 7/07 | | | | | |
| **Ford Motor Credit** P.O. Box 790093 Saint Louis, MO 63179-0093 | | - | **Purchase Money Security** **Ford F250** | | | | | |
| | | | Value $     **32,000.00** | | | | **32,295.00** | **295.00** |
| Account No. **40090652** | | | **Statutory Lien** | | | | | |
| **Gehl Finance** BIN 88512 Milwaukee, WI 53288-0512 | | - | **Mustang MTL25 S/N: Srl # 21503055** | | | | | |
| | | | Value $     **35,000.00** | | | | **48,489.98** | **13,489.98** |
| Account No. | | | **NOTICE ONLY** | | | | | |
| **Standard Bank** 9321 Wicker Ave Saint John, IN 46373 | | J | **Mortgage** **13624 Lakespur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00)** | | | | | |
| | | | Value $     **350,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **NOTICE ONLY** | | | | | |
| **Standard Bank** 9321 Wicker Ave Saint John, IN 46373 | | - | **Mortgage** **16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00** | | | | | |
| | | | Value $     **150,000.00** | | | | **0.00** | **0.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **89,784.98** | **13,784.98** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re   **Kirk D Knippenberg,**
     **Wanda Knippenberg**
                                                        ,

Case No. _____

                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **220482001** <br><br> **Standard Bank** <br> **7800 W 95th St** <br> **Hickory Hills, IL 60457** | - | | | | **2005** <br><br> **16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00** <br><br> Value $      **150,000.00** | | | | **40,915.00** | **0.00** |
| Account No. **15000000001015113510605** <br><br> **Standard Bank & Trust** <br> **7800 W 95th St** <br> **Hickory Hills, IL 60457** | - | | | | **Opened 6/01/05 Last Active 2/01/08** <br><br> **First Mortgage** <br><br> **13624 Lakespur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00)** <br> Value $      **350,000.00** | | | | **118,810.00** | **118,810.00** |
| Account No. **15000000032323040500605** <br><br> **Standard Bank & Trust** <br> **7800 W 95th St** <br> **Hickory Hills, IL 60457** | - | | | | **Opened 6/01/05 Last Active 3/01/08** <br><br> **CreditLineSecured** <br><br> Value $      **Unknown** | | | | **104,464.00** | **104,464.00** |
| Account No. <br><br><br> | | | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | | | <br><br> Value $ | | | | | |

Sheet __**3**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **264,189.00** | **223,274.00** |
| Total <br> (Report on Summary of Schedules) | **1,165,693.98** | **543,422.98** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Kirk D Knippenberg,**                                                    Case No. _____
        **Wanda Knippenberg**
                                                                                  ,
                                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**     continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Kirk D Knippenberg,**
        **Wanda Knippenberg**                                           Case No. _____

                                                    Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **36-3924967** | | | | NOTICE ONLY | | | | | |
| **D. Patrick Mullarkey Tax Division DOJ, P.O. Box 55 Ben Franklin Station Washington, DC 20044** | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **36-3924967** | | | | NOTICE ONLY | | | | | |
| **District Counsel 200 W. Adams Chicago, IL 60604** | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **36-3924967** | | | | NOTICE ONLY | | | | | |
| **District Director IRS 230 S Dearborn Chicago, IL 60604** | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **36-3924967** | | | | **2006-07** **Employment taxes** | | | | | |
| **Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit Chicago, IL 60601** | - | | | | | | | 0.00 | |
| | | | | | | | | 6,015.00 | 6,015.00 |
| Account No. **36-3924967** | | | | **2006-07** **Employment taxes** | | | | | |
| **Illinois Dept of Employment Securit P.O. Box 3637 Springfield, IL 62708-3637** | - | | | | | | | 0.00 | |
| | | | | | | | | 265.00 | 265.00 |

Sheet ___**1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 | |
|---|---|---|
| (Total of this page) | 6,280.00 | 6,280.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Kirk D Knippenberg,**                                      Case No. _____
         **Wanda Knippenberg**
_____,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **36-3924967** <br><br> **Internal Revenue Service** <br> **Mail Stop 5010 CHI** <br> **230 S. Dearborn St** <br> **Chicago, IL 60604** | - | | **2006-07** <br><br> **Employment taxes** | | | | <br><br><br>**79,926.00** | **0.00** <br><br><br><br>**79,926.00** |
| Account No. **36-3924967** <br><br> **United States Attorney** <br> **219 S. Dearborn St.** <br> **Chicago, IL 60604** | - | | **Notice ONLY** | | | | <br><br><br>**0.00** | **0.00** <br><br><br><br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** <br> **79,926.00**      **79,926.00** |
| | Total (Report on Summary of Schedules) | **0.00** <br> **86,206.00**      **86,206.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Kirk D Knippenberg,**
**Wanda Knippenberg**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **KDKConcrete Contractors** <br><br> **ADT Security Ser** <br> **P.O. Box 96175** <br> **Las Vegas, NV 89193** | X | - | | **2007** <br> **Personal guaranty** | | | | 151.00 |
| Account No. **KDKConcrete Contractors** <br><br> **Advanta Bank** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101-8088** | X | - | | **2005-06** <br> **Personal guaranty** | | | | 14,666.00 |
| Account No. **5584-1800-0486-8702** <br><br> **Advanta Bank** <br> **P.O. Box 30715** <br> **Salt Lake City, UT 84130-0715** | | J | | **2004-07** <br> **Credit card purchases** | | | | 13,403.00 |
| Account No. **KDKConcrete Contractors** <br><br> **Altak Construction Services** <br> **13624 Larkspur Dr** <br> **Homer Glen, IL 60491** | X | - | | **Personal guaranty** | | | | 11,409.00 |
| __17__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | 39,629.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:35230-080310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kirk D Knippenberg,**                                                    Case No. _____
           **Wanda Knippenberg**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **KDK** <br><br> **AT& T** <br> **SBC** <br> **Bill Payment Center** <br> **Saginaw, MI 48663-0003** | X | - | | **2007** <br> **Personal guaranty** | | | | 197.00 |
| Account No. **KDK** <br><br> **Atlas Bobcat Inc** <br> **5050 N River Rd** <br> **Schiller Park, IL 60176** | X | - | | **Personal guaranty** | | | | 1,427.00 |
| Account No. **KDKConcrete Contractors** <br><br> **Bank of America** <br> **P.O. Box 1758** <br> **Newark, NJ 07101-1758** | X | - | | **2005-06** <br> **Personal guaranty** | | | | 486.00 |
| Account No. **KDK** <br><br> **Bracing Systems Inc** <br> **P.O. Box 517** <br> **Bloomingdale, IL 60108-0517** | X | - | | **Personal guaranty** | | | | 18,097.00 |
| Account No. **5291-4921-7059-8284** <br><br> **Capital One Bank** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84110-0285** | J | | | **2004-07** <br> **Credit card purchases** | | | | 15,838.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          | 36,045.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kirk D Knippenberg,**
        **Wanda Knippenberg**
                                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **KDK** Cassidy Conveyor P.O. Box 1166 Dolton, IL 60419 | X | - | | | 2006-07 Personal guaranty | | | | 5,857.75 |
| Account No. **KDK** Cement Masons #502 739 25th Ave Bellwood, IL 60104 | X | - | | | 2006-07 Personal guaranty | | | | 36,584.13 |
| Account No. **KDK** Cement Masons #502 739 25th Ave Bellwood, IL 60104 | X | - | | | Personal guaranty | | | | 12,000.00 |
| Account No. **KDK** Cement Masons Union Local 502 739 S 25th Ave Bellwood, IL 60104 | X | - | | | NOTICE ONLY Personal guaranty | | | | 0.00 |
| Account No. **KDK** Cement Masons Union Local 803 240 W St. Charles Rd Villa Park, IL 60181-2401 | X | - | | | Personal guaranty | | | | 3,985.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,426.88**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kirk D Knippenberg,**                                 Case No. _____
       **Wanda Knippenberg**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **KDK**<br><br>**Central Illinois Conveying**<br>**P.O. Box 652**<br>**Morris, IL 60450** | X | - | | **Personal guaranty** | | | | 18,354.00 |
| Account No. **10608215023605**<br><br>**Chase**<br>**900 Stewart Ave**<br>**Garden City, NY 11530** | | - | | **Opened 3/01/06 Last Active 2/15/08**<br>**Automobile** | | | | 16,255.00 |
| Account No. **438852304074**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | - | | **Opened 3/01/94 Last Active 9/23/07**<br>**CreditCard** | | | | 14,813.00 |
| Account No. **4246-3151-3007-2455**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | | **2004-07**<br>**Credit card purchases** | | | | 9,088.00 |
| Account No. **KDK**<br><br>**Chicago Regional Council Carpenters**<br>**12 East Erie St**<br>**Chicago, IL 60611** | X | - | | **Personal guaranty** | | | | 15,000.00 |

Sheet no. __**3**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal             **73,510.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kirk D Knippenberg,**                                               Case No. _____

        **Wanda Knippenberg**

                                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **KDK** | | | | | Personal guaranty | | | | |
| **Citi Capital** **P.O. Box 6229** **Carol Stream, IL 60197** | X | - | | | | | | | 8,900.00 |
| Account No. **Bond # 70098495** | | | | | Personal guaranty | | | | |
| **CNA Surety** **101 S Phillips Ave** **Sioux Falls, SD 57104-5703** | | J | | | | | | | 10,000.00 |
| Account No. **KDK** | | | | | Personal guaranty | | | | |
| **Coal City Redi Mix** **P.O. Box 116** **Coal City, IL 60416** | X | - | | | | | | | 15,640.00 |
| Account No. **KDK** | | | | | Personal guaranty | | | | |
| **Coal City Trucking** **P.O. Box 116** **Coal City, IL 60416** | X | - | | | | | | | 22,700.00 |
| Account No. **KDK** | | | | | Personal guaranty | | | | |
| **Com Ed** **Bill Payment Center** **Chicago, IL 60668-0001** | X | - | | | | | | | 750.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of              Subtotal

Creditors Holding Unsecured Nonpriority Claims          (Total of this page)       **57,990.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Kirk D Knippenberg,__    Case No. _____
__Wanda Knippenberg__

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **KDKConcrete Contractors** **Concept Construction Services** **8812 Shyline Dr** **Willowbrook, IL 60527** | X | - | | 2007 Personal guaranty | | | | 575.00 |
| Account No. **KDK** **Concrete Clinic** **13089 Main Street** **Lemont, IL 60439** | X | - | | 2006-07 Personal guaranty | | | | 22,996.92 |
| Account No. **KDK** **Construction Supply** **30 W Butterfield Rd** **Warrenville, IL 60555** | X | - | | Personal guaranty | | | | 0.00 |
| Account No. **KDKConcrete Contractors** **Contractor Supply Warehouse, Inc** **321 S Oxford Ave** **Chicago Ridge, IL 60415** | X | - | | 2007 Personal guaranty | | | | 147.00 |
| Account No. 601100770265 **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | | - | | Opened  5/01/05  Last Active  9/01/07 CreditCard | | | | 9,417.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,135.92

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kirk D Knippenberg,**                        Case No. _____

      **Wanda Knippenberg**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **KDKConcrete Contractors**<br><br>**Don Spender Lawn Care**<br>**P.O. Box 345**<br>**South Holland, IL 60473** | X | - | | 2007<br>Personal guaranty | | | | 80.00 |
| Account No. **KDK**<br><br>**DuPage County Union 83**<br>**240 W St. Charles Rd**<br>**Villa Park, IL 60181** | X | - | | 2006-07<br>Personal guaranty | | | | 58,001.59 |
| Account No. **KDK**<br><br>**Excel Waterproofing Services**<br>**6662 West 99th St**<br>**Chicago Ridge, IL 60415** | X | - | | 2006-07<br>Personal guaranty | | | | 10,957.89 |
| Account No. **KDK**<br><br>**FED EX**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | X | - | | Personal guaranty | | | | 32.25 |
| Account No. **KDKConcrete Contractors**<br><br>**First Community Bank**<br>**2801 Black Road**<br>**Joliet, IL 60435** | X | - | | 2006-07<br>Personal guaranty | | | | 9,015.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal      78,086.73
                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kirk D Knippenberg,**                                              Case No. _____
          **Wanda Knippenberg**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **KDK** **Ford Motor Credit** P.O. Box 790093 Saint Louis, MO 63179-0093 | X | - | Personal guaranty | | | | 1,850.00 |
| Account No. **6034-6233-1070-7381** **GE Money Bank** P.O. Box 960061 Orlando, FL 32896-0061 | | J | 2004-07 Credit card purchases | | | | 7,583.00 |
| Account No. **KDK** **GME Consultants** 9824 Industrial Dr Suite C Bridgeview, IL 60455 | X | - | Personal guaranty | | | | 387.50 |
| Account No. **KDK** **Grundy Redi-Mix** P.O. Box 652 Morris, IL 60450 | X | - | Personal guaranty | | | | 32,773.00 |
| Account No. **KDK** **Hard Rock Concrete Cutters** 984 Lee Street Des Plaines, IL 60016 | X | - | 2006-07 Personal guaranty | | | | 9,045.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,638.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kirk D Knippenberg,**
**Wanda Knippenberg**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6035-3200-7590-6774** | | | | | **2004-07** **Credit card purchases** | | | | |
| **Home Depot** **Processing Center** **P.O. Box 689100** **Des Moines, IA 50368-9100** | | J | | | | | | | 946.00 |
| Account No. **KDK** | | | | | **2007** **Personal guaranty** | | | | |
| **Homewood Disposal Services, Inc** **1501 W 175th Street** **Homewood, IL 60430** | X | - | | | | | | | 61.50 |
| Account No. **KDKConcrete Contractors** | | | | | **2005-06** **Personal guaranty** | | | | |
| **Hoppy's Landscaping** **P.O. Box 693** **Lemont, IL 60439** | X | - | | | | | | | 22,407.00 |
| Account No. **KDKConcrete Contractors** | | | | | **2007** **Personal guaranty** | | | | |
| **Ice Mountain** **P.O. Box 856680** **Louisville, KY 40285** | X | - | | | | | | | 16.00 |
| Account No. **KDK** | | | | | **Personal guaranty** | | | | |
| **Illinois Mining** **41 Walter Court** **Lake In The Hills, IL 60156** | X | - | | | | | | | 8,974.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,404.50

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kirk D Knippenberg,**
    **Wanda Knippenberg**
                                    ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **KDK** <br><br> **Ingersoll Rand** <br> **P.O. Box 6229** <br> **Carol Stream, IL 60197** | X | - | | | Personal guaranty | | | | 12,200.00 |
| Account No. **KDKConcrete Contractors** <br><br> **Judi's Embroidery** <br> **250 N Main** <br> **Seneca, IL 61360** | X | - | | | 2007 <br> Personal guaranty | | | | 242.00 |
| Account No. **KDK** <br><br> **K Hoving Recycling & Disposal** <br> **2351 Powis Rd** <br> **West Chicago, IL 60185** | X | - | | | Personal guaranty | | | | 3,384.00 |
| Account No. **KDK** <br><br> **Laborers District Council** <br> **999 McLintoch Dr** <br> **Suite 300** <br> **Willowbrook, IL 60527** | X | - | | | Personal guaranty | | | | 0.00 |
| Account No. **KDK** <br><br> **Laborers Pension Fund & Welfare Fun** <br> **53 W Jackson Blvd Suite 550** <br> **Christina Krivanek** <br> **Chicago, IL 60604** | X | - | | | 2006-07 <br> Personal guaranty | | | | 31,527.82 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,353.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kirk D Knippenberg,**
    **Wanda Knippenberg**
                                       ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **KDK** <br><br> **Lake County Finishers** <br> **28874 Rand Rd Unit B** <br> **Mchenry, IL 60051** | X | - | | | **2006-07** <br> **Personal guaranty** | | | | **51,612.04** |
| Account No. **KDK** <br><br> **Likar Insurance** <br> **1000 S Hamilton Suite G** <br> **Lockport, IL 60441** | X | - | | | **2007** <br> **Personal guaranty** | | | | **55,000.00** |
| Account No. **KDKConcrete Contractors** <br><br> **Linde Gas** <br> **P.O. Box 802807** <br> **Chicago, IL 60680-2807** | X | - | | | **2007** <br> **Personal guaranty** | | | | **213.00** |
| Account No. **KDK** <br><br> **Marco Brokerage Inc** <br> **41 Walter Court** <br> **Lake In The Hills, IL 60156** | X | - | | | **Personal guaranty** | | | | **1,867.00** |
| Account No. **KDK** <br><br> **Midwest Operating Engineers** <br> **P.O. Box 74632** <br> **Chicago, IL 60675** | X | - | | | **2006-07** <br> **Personal guaranty** | | | | **6,411.26** |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,103.30**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kirk D Knippenberg,**
       **Wanda Knippenberg**
                                                                    Case No. _____
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **KDK** | | | | | Personal guaranty | | | | |
| **N Ramos Construction 143 Paramount Dr Wood Dale, IL 60191** | X | - | | | | | | | 1,099.00 |
| Account No. **KDK** | | | | | 2007 Personal guaranty | | | | |
| **Nicor Gas P.O. Box 416 Aurora, IL 60568-0001** | X | - | | | | | | | 65.06 |
| Account No. 349529 | | | | | Opened 7/21/95 Last Active 2/15/08 Other Utility Company | | | | |
| **Nicor Gas 1844 Ferry Road Naperville, IL 60563** | | - | | | | | | | 39.00 |
| Account No. **KDK** | | | | | 2007 Personal guaranty | | | | |
| **Nu Look Car Wash 1388 State Street Lemont, IL 60439** | X | - | | | | | | | 466.30 |
| Account No. **KDK** | | | | | 2006-07 Personal guaranty | | | | |
| **Ozinga Chicago P.O. Box 16800 Chicago, IL 60616** | X | - | | | | | | | 15,887.85 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,557.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kirk D Knippenberg,**
         **Wanda Knippenberg**                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **KDK** | | | | Personal guaranty | | | | |
| Ozinga Concrete Products 2521 Technology Dr #212 Elgin, IL 60123-7889 | X | - | | | | | | 9,474.00 |
| Account No. **KDK** | | | | 2007 Personal guaranty | | | | |
| Ozinga Illinois 18825 Old LaGrange Road Mokena, IL 60448 | X | - | | | | | | 48,049.75 |
| Account No. **KDK** | | | | 2006 Personal guaranty | | | | |
| Ozinga Transportation 19015 South Jodi Road Suite A Mokena, IL 60448 | X | - | | | | | | 26,101.22 |
| Account No. C100675040 | | | | Personal guaranty | | | | |
| Pekin Insurance Group c/o Caine & Weiner 1100 E Woodfield Rd., #425 Schaumburg, IL 60173-5124 | | J | | | | | | 3,298.00 |
| Account No. **KDK** | | | | Personal guaranty | | | | |
| Personnel Concepts 2865 Metropolitan Pl Pomona, CA 91767 | X | - | | | | | | 80.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **87,002.97**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kirk D Knippenberg,**
       **Wanda Knippenberg**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **KDK** <br><br>**Praire Material** <br>**P.O. Box 917** <br>**Bedford Park, IL 60499** | X | - | Personal guaranty | | | | 0.00 |
| Account No. **KDK** <br><br>**R & J Construction Supply Co** <br>**30 W 180 Butterfield Rd** <br>**Warrenville, IL 60555** | X | - | Personal guaranty | | | | 64,783.00 |
| Account No. **KDK** <br><br>**RTD Transport** <br>**P.O. Box 73** <br>**Coal City, IL 60416** | X | - | Personal guaranty | | | | 27,900.00 |
| Account No. **KDK** <br><br>**Runnion Equipment** <br>**7950 West 47th St** <br>**Lyons, IL 60534** | X | - | Personal guaranty | | | | 4,797.00 |
| Account No. **KDK** <br><br>**Safeco Insurance** <br>**P.O. Box 11223** <br>**Tacoma, WA 98411** | X | - | Personal guaranty | | | | 250.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,730.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kirk D Knippenberg,**
       **Wanda Knippenberg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **KDK** <br><br> **Sams Club** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353-0942** | X | - | | Personal guaranty | | | | 2,005.61 |
| Account No. **KDK** <br><br> **Secretary of State** <br> **312 Howlett Bldg** <br> **Springfield, IL 62756** | X | - | | Personal guaranty | | | | 494.00 |
| Account No. **KDK** <br><br> **Simborg** <br> **1149 W 175th Street** <br> **Homewood, IL 60430** | X | - | | Personal guaranty | | | | 24,000.00 |
| Account No. **KDK** <br><br> **Speedway SuperAmerica** <br> **P.O. Box 740587** <br> **Cincinnati, OH 45274** | X | - | | 2007 <br> Personal guaranty | | | | 23,800.00 |
| Account No. **KDK** <br><br> **Sprint** <br> **P.O. Box 54977** <br> **Los Angeles, CA 90054-4977** | X | - | | 2007 <br> Personal guaranty | | | | 942.60 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,242.21

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kirk D Knippenberg,**
         **Wanda Knippenberg**                                          Case No. _____

                                                        Debtors
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **KDK** <br><br> **Standard Bank** <br> **9321 Wicker Ave** <br> **Saint John, IN 46373** | X | - | | **Personal guaranty** | | | | 42,000.00 |
| Account No. **KDK** <br><br> **Steel Sales & Services** <br> **Dept 7050** <br> **P.O. Box 87618** <br> **Chicago, IL 60680** | X | - | | **Personal guaranty** | | | | 4,328.00 |
| Account No. **KDK** <br><br> **Steel Services Enterprises** <br> **17500 S Paxton** <br> **Lansing, IL 60438** | X | - | | **Personal guaranty** | | | | 2,026.00 |
| Account No. **KDK** <br><br> **Superior Small Engine Repair** <br> **15062 S Archer Ave.** <br> **Lockport, IL 60441** | X | - | | **Personal guaranty** | | | | 948.00 |
| Account No. **KDK** <br><br> **T H Davidson** <br> **10175 Vans Drive** <br> **Frankfort, IL 60423** | X | - | | **2006-07** <br> **Personal guaranty** | | | | 40,869.34 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        90,171.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kirk D Knippenberg,**
       **Wanda Knippenberg**
                                                                    Case No. _____
_____ ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 6035320075906774  Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | - | | | Opened 8/01/00 Last Active 2/15/08 ChargeAccount | | | | 1,730.00 |
| Account No. KDK  The Glenrock Co 4206 Paysphere Circle Chicago, IL 60674 | X | - | | Personal guaranty | | | | 606.00 |
| Account No. KDK  TMW Equipment Repair inc 1217 Channahen Rd Joliet, IL 60436 | X | - | | Personal guaranty | | | | 363.00 |
| Account No. KDK  TTS Systems Inc 87 South Main Suite 4 Newtown, CT 06470 | X | - | | Personal guaranty | | | | 522.00 |
| Account No. KDK  United Construction Products 1700 Quincy Ave Naperville, IL 60540 | X | - | | 2006 Personal guaranty | | | | 8,473.26 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          11,694.26

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kirk D Knippenberg,**
         **Wanda Knippenberg**

Case No. _____

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5490-9601-4450-9875** | | | | | **2004-07** **Credit card purchases** | | | | |
| **Wells Fargo** **1 Home Campus Drive** **P.O. Box 10347** **Des Moines, IA 50306** | | | | J | | | | | |
| | | | | | | | | | **13,042.00** |
| Account No. **KDK** | | | | | **Personal guaranty** | | | | |
| **Welsch Redi-Mix Inc** **806 Gardner St** **Joliet, IL 60433** | X | - | | | | | | | |
| | | | | | | | | | **13,931.00** |
| Account No. **KDK** | | | | | **2006** **Personal guaranty** | | | | |
| **Westside Tractor** **P.O. Box 87618** **Chicago, IL 60661** | X | - | | | | | | | |
| | | | | | | | | | **464.32** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **27,437.32**

Total
(Report on Summary of Schedules)    **1,006,158.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Kirk D Knippenberg,**                                        Case No. _____
         **Wanda Knippenberg**

_____,
                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Simborg**<br>**1149 175th Street**<br>**Homewood, IL 60430** | **Sept -- June 08 ($2,000.00 per month)** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re  **Kirk D Knippenberg,**                                          Case No. _____

**Wanda Knippenberg**
_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **ADT Security Ser**<br>**P.O. Box 96175**<br>**Las Vegas, NV 89193** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Altak Construction Services**<br>**13624 Larkspur Dr**<br>**Homer Glen, IL 60491** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Advanta Bank**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **AT& T**<br>**SBC**<br>**Bill Payment Center**<br>**Saginaw, MI 48663-0003** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Atlas Bobcat Inc**<br>**5050 N River Rd**<br>**Schiller Park, IL 60176** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Bank of America**<br>**P.O. Box 1758**<br>**Newark, NJ 07101-1758** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Bracing Systems Inc**<br>**P.O. Box 517**<br>**Bloomingdale, IL 60108-0517** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Cassidy Conveyor**<br>**P.O. Box 1166**<br>**Dolton, IL 60419** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Cement Masons #502**<br>**739 25th Ave**<br>**Bellwood, IL 60104** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Cement Masons #502**<br>**739 25th Ave**<br>**Bellwood, IL 60104** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Cement Masons Union Local 502**<br>**739 S 25th Ave**<br>**Bellwood, IL 60104** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Kirk D Knippenberg,**                                    Case No. _____
      **Wanda Knippenberg**

_____,
                         Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Cement Masons Union Local 803**<br>**240 W St. Charles Rd**<br>**Villa Park, IL 60181-2401** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Central Illinois Conveying**<br>**P.O. Box 652**<br>**Morris, IL 60450** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Chicago Regional Council Carpenters**<br>**12 East Erie St**<br>**Chicago, IL 60611** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Citi Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Coal City Redi Mix**<br>**P.O. Box 116**<br>**Coal City, IL 60416** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Coal City Trucking**<br>**P.O. Box 116**<br>**Coal City, IL 60416** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Concept Construction Services**<br>**8812 Shyline Dr**<br>**Willowbrook, IL 60527** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Concrete Clinic**<br>**13089 Main Street**<br>**Lemont, IL 60439** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Construction Supply**<br>**30 W Butterfield Rd**<br>**Warrenville, IL 60555** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Contractor Supply Warehouse, Inc**<br>**321 S Oxford Ave**<br>**Chicago Ridge, IL 60415** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Don Spender Lawn Care**<br>**P.O. Box 345**<br>**South Holland, IL 60473** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **DuPage County Union 83**<br>**240 W St. Charles Rd**<br>**Villa Park, IL 60181** |

Sheet __1__ of __5__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re   **Kirk D Knippenberg,**

    **Wanda Knippenberg**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Excel Waterproofing Services**<br>**6662 West 99th St**<br>**Chicago Ridge, IL 60415** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **FED EX**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **First Community Bank**<br>**2801 Black Road**<br>**Joliet, IL 60435** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ford Motor Credit**<br>**P.O. Box 790093**<br>**Saint Louis, MO 63179-0093** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **GME Consultants**<br>**9824 Industrial Dr**<br>**Suite C**<br>**Bridgeview, IL 60455** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Grundy Redi-Mix**<br>**P.O. Box 652**<br>**Morris, IL 60450** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Hard Rock Concrete Cutters**<br>**984 Lee Street**<br>**Des Plaines, IL 60016** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Homewood Disposal Services, Inc**<br>**1501 W 175th Street**<br>**Homewood, IL 60430** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Hoppy's Landscaping**<br>**P.O. Box 693**<br>**Lemont, IL 60439** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ice Mountain**<br>**P.O. Box 856680**<br>**Louisville, KY 40285** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Illinois Mining**<br>**41 Walter Court**<br>**Lake In The Hills, IL 60156** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ingersoll Rand**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Judi's Embroidery**<br>**250 N Main**<br>**Seneca, IL 61360** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re     **Kirk D Knippenberg,**                                    Case No. _____
          **Wanda Knippenberg**
_____,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **K Hoving Recycling & Disposal**<br>**2351 Powis Rd**<br>**West Chicago, IL 60185** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Laborers District Council**<br>**999 McLintoch Dr**<br>**Suite 300**<br>**Willowbrook, IL 60527** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Laborers Pension Fund & Welfare Fun**<br>**53 W Jackson Blvd Suite 550**<br>**Christina Krivanek**<br>**Chicago, IL 60604** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Lake County Finishers**<br>**28874 Rand Rd Unit B**<br>**Mchenry, IL 60051** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Likar Insurance**<br>**1000 S Hamilton Suite G**<br>**Lockport, IL 60441** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Linde Gas**<br>**P.O. Box 802807**<br>**Chicago, IL 60680-2807** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Marco Brokerage Inc**<br>**41 Walter Court**<br>**Lake In The Hills, IL 60156** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Midwest Operating Engineers**<br>**P.O. Box 74632**<br>**Chicago, IL 60675** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **N Ramos Construction**<br>**143 Paramount Dr**<br>**Wood Dale, IL 60191** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Nu Look Car Wash**<br>**1388 State Street**<br>**Lemont, IL 60439** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ozinga Chicago**<br>**P.O. Box 16800**<br>**Chicago, IL 60616** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Kirk D Knippenberg,**           Case No. _____
   **Wanda Knippenberg**

                   ,
               Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ozinga Concrete Products**<br>**2521 Technology Dr**<br>**#212**<br>**Elgin, IL 60123-7889** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ozinga Illinois**<br>**18825 Old LaGrange Road**<br>**Mokena, IL 60448** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Ozinga Transportation**<br>**19015 South Jodi Road**<br>**Suite A**<br>**Mokena, IL 60448** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Personnel Concepts**<br>**2865 Metropolitan Pl**<br>**Pomona, CA 91767** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Praire Material**<br>**P.O. Box 917**<br>**Bedford Park, IL 60499** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **R & J Construction Supply Co**<br>**30 W 180 Butterfield Rd**<br>**Warrenville, IL 60555** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **RTD Transport**<br>**P.O. Box 73**<br>**Coal City, IL 60416** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Runnion Equipment**<br>**7950 West 47th St**<br>**Lyons, IL 60534** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Safeco Insurance**<br>**P.O. Box 11223**<br>**Tacoma, WA 98411** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Sams Club**<br>**P.O. Box 530942**<br>**Atlanta, GA 30353-0942** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Secretary of State**<br>**312 Howlett Bldg**<br>**Springfield, IL 62756** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Simborg**<br>**1149 W 175th Street**<br>**Homewood, IL 60430** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Speedway SuperAmerica**<br>**P.O. Box 740587**<br>**Cincinnati, OH 45274** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re   **Kirk D Knippenberg,**                                 Case No. _____

        **Wanda Knippenberg**

                                     Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Sprint**<br>**P.O. Box 54977**<br>**Los Angeles, CA 90054-4977** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Standard Bank**<br>**9321 Wicker Ave**<br>**Saint John, IN 46373** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Steel Sales & Services**<br>**Dept 7050**<br>**P.O. Box 87618**<br>**Chicago, IL 60680** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Steel Services Enterprises**<br>**17500 S Paxton**<br>**Lansing, IL 60438** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Superior Small Engine Repair**<br>**15062 S Archer Ave.**<br>**Lockport, IL 60441** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **T H Davidson**<br>**10175 Vans Drive**<br>**Frankfort, IL 60423** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **The Glenrock Co**<br>**4206 Paysphere Circle**<br>**Chicago, IL 60674** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **TMW Equipment Repair inc**<br>**1217 Channahen Rd**<br>**Joliet, IL 60436** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **TTS Systems Inc**<br>**87 South Main**<br>**Suite 4**<br>**Newtown, CT 06470** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **United Construction Products**<br>**1700 Quincy Ave**<br>**Naperville, IL 60540** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Welsch Redi-Mix Inc**<br>**806 Gardner St**<br>**Joliet, IL 60433** |
| **KDK Concrete Contractors**<br>**13624 Larkspur**<br>**Lockport, IL 60441** | **Westside Tractor**<br>**P.O. Box 87618**<br>**Chicago, IL 60661** |

Sheet  **5**  of  **5**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | Kirk D Knippenberg |  | Case No. |  |
|---|---|---|---|---|
|  | Wanda Knippenberg |  |  |  |
|  |  | Debtor(s) |  |  |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** | AGE(S): **5** **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation |  |  |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | **Since 8-07** | **Since 3-08** |
| Address of Employer |  |  |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Assistance from family** | $ **3,500.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **3,500.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,500.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,500.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Kirk D Knippenberg**
    **Wanda Knippenberg**                            Case No.
                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,600.00 |
| a. Are real estate taxes included?  Yes ___  No __X__ | | |
| b. Is property insurance included?  Yes ___  No __X__ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 225.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 80.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 90.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 600.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $    **3,590.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,500.00 |
| b. Average monthly expenses from Line 18 above | $ | 3,590.00 |
| c. Monthly net income (a. minus b.) | $ | -90.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kirk D Knippenberg**
    **Wanda Knippenberg**
_____    Case No. _____
                                Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 21, 2008**_____    Signature    **/s/ Kirk D Knippenberg**_____
                                **Kirk D Knippenberg**
                                Debtor

Date    **April 21, 2008**_____    Signature    **/s/ Wanda Knippenberg**_____
                                **Wanda Knippenberg**
                                Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kirk D Knippenberg**
**Wanda Knippenberg**
_____   Case No. _____
Debtor(s)   Chapter   **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,115.38** | **2008 Alkat** |
| **$59,500.00** | **2007 KDK - $49,000.00 & Alkat - $10,500.00** |
| **$-15,178.00** | **2006 KDK & Alkat** |
| **$48,074.00** | **2005 KDK** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$0.00** | **2008** |
| **$47,400.00** | **2007 KDK loan repayment** |
| **$0.00** | **2006 KDK Loan repayment** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lake County Plasterers & Cement Masons Fringe Benefit Funds et al v. KDK Concrete et al 07 C 6037** | **Collection** | **U.S. District Court for the Northern District of Illinois, Eastern Division** | **Pleadings** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **United Construction Products**<br>v<br>**KDK et al**<br>**07 SR 1915** | **Collection** | **DuPage County IL** | **Judgment for plaintiff** |
| **Concrete Clinc Inc**<br>v<br>**Kirk Knippenberg**<br>**08 M1 118214** | **Collection** | **Cook County, IL** | **Pleadings** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Currie Ford**<br>**9646 w 196th**<br>**Mokena, IL 60448** | | **2005 Ford F250**<br>**2006 Ford F150**<br>**2006 Ford F350** |
| **Atlas Bobcat**<br>**19245 S Blackhawk Pkwy**<br>**Mokena, IL 60448** | | **3 Bobcats and 1 trailer** |
| **Runnion Equipment**<br>**7950 West 47th St**<br>**Lyons, IL 60534** | | **Boom Truck** |
| **Richie Bros**<br>**2400 Richie**<br>**Morris, IL 60450** | | **2006 Beaver Creek Trailer** |
| **Concrete Clinic**<br>**13089 Main Street**<br>**Lemont, IL 60439** | | **Steel Forms (Simon Steel)** |
| **CSR** | | **Trailer, International truck and combination (back hoe)** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Form** | **Taken from storage yard** | **2007** |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lavelle Law, Ltd.** **501 W Colfax** **Palatine, IL 60067** | **1/08** | **$1,500.00** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **13624 Larkspur Lockport, IL 60441** | **Kirk & Wanda Knippenberg** | **6/1995 to 3/2008** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **KDK Concrete Contractors** | 36-3924967 | | **Concrete** | **3/94 o 9/07** |
| **Alkat Construction Services Inc** | 35-2268206 | **13624 Larkspur Homer Glen, IL 60491** | **Construction services** | **3-2-06 to 1-08** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

      **19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Plante & Associates**<br>**80 McDonald Ave.**<br>**Joliet, IL 60431** | **2005 to present** |
| **Ed Pierucci**<br>**12400 S Harlem Ave**<br>**Palos Heights, IL 60463** | **1994-2005** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                      DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kirk Knippenberg** | **13624 Larkspur**<br>**Lockport, IL 60441** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

      **20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                     PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                          |              | NATURE AND PERCENTAGE |
|                          | TITLE        | OF STOCK OWNERSHIP |
| NAME AND ADDRESS         | TITLE        | OF STOCK OWNERSHIP |
| **Kirk Knippenberg**     | **President**| **100% of common (all) stock.** |
| **13624 Larkspur**       |              | |
| **Lockport, IL 60441**   |              | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                      ADDRESS                               DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 21, 2008**                         Signature  **/s/ Kirk D Knippenberg**

                                                **Kirk D Knippenberg**
                                                Debtor

Date  **April 21, 2008**                         Signature  **/s/ Wanda Knippenberg**

                                                **Wanda Knippenberg**
                                                Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kirk D Knippenberg**
**Wanda Knippenberg**                              Case No.
                                         Debtor(s)            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 13624 Lakespur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00) | **First Community Bank** | X | | | |
| 16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00 | **First Community Bank** | X | | | |
| 13624 Lakespur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00) | **Standard Bank** | X | | | |
| 16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00 | **Standard Bank** | X | | | |
| 16770 S Vincenne -- Vacant lot purchased in 2005 for $50,000.00 | **Standard Bank** | X | | | |
| 13624 Lakespur Dr., Homer Glen, IL 60491 -- Single family residence (purchased in 1995 for $212,000.00) | **Standard Bank & Trust** | X | | | |
| 2006 Truck | **Chase Auto Finance** | | | | X |
| 1998 Kenworth Truck | **Citi Capital** | | | | X |
| Kobelco 160 | **CNH Capital America LLC** | | | | X |
| Ford F250 | **Ford Motor Credit** | | | | X |
| Mercury | **Ford Motor Credit** | | | | X |
| Mustang MTL25 S/N: Srl # 21503055 | **Gehl Finance** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Form 8 Cont.
(10/05)

In re  **Kirk D Knippenberg**
       **Wanda Knippenberg**                                              Case No. _____
                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date  **April 21, 2008**              Signature  **/s/ Kirk D Knippenberg**
                                                  **Kirk D Knippenberg**
                                                  Debtor


Date  **April 21, 2008**              Signature  **/s/ Wanda Knippenberg**
                                                  **Wanda Knippenberg**
                                                  Joint Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Kirk D Knippenberg**
**Wanda Knippenberg** _____   Case No. _____
                                             Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ..................................................... $ _____**2,500.00**

   Prior to the filing of this statement I have received ...................................... $ _____**1,000.00**

   Balance Due ............................................................................................... $ _____**1,500.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 21, 2008** _____        **/s/ Timothy M. Hughes** _____
                                                           **Timothy M. Hughes**
                                                           **Lavelle Law, Ltd.**
                                                           **501 W Colfax**
                                                           **Palatine, IL 60067**
                                                           **847.705-9698  Fax: 847.241-1702**
                                                           **thughes@lavellelaw.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**Timothy M. Hughes**

X **/s/ Timothy M. Hughes**          **April 21, 2008**

Printed Name of Attorney                    Signature of Attorney          Date

Address:

**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698**

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Kirk D Knippenberg**
**Wanda Knippenberg**

X **/s/ Kirk D Knippenberg**          **April 21, 2008**

Printed Name of Debtor                    Signature of Debtor          Date

Case No. (if known) _____

X **/s/ Wanda Knippenberg**          **April 21, 2008**

Signature of Joint Debtor (if any)          Date

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kirk D Knippenberg**
**Wanda Knippenberg**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **103**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 21, 2008**
_____

**/s/ Kirk D Knippenberg**
_____
**Kirk D Knippenberg**
Signature of Debtor

Date:   **April 21, 2008**
_____

**/s/ Wanda Knippenberg**
_____
**Wanda Knippenberg**
Signature of Debtor

ADT Security Ser
P.O. Box 96175
Las Vegas, NV 89193


Advanta Bank
P.O. Box 8088
Philadelphia, PA 19101-8088


Advanta Bank
P.O. Box 30715
Salt Lake City, UT 84130-0715


Altak Construction Services
13624 Larkspur Dr
Homer Glen, IL 60491


AT& T
SBC
Bill Payment Center
Saginaw, MI 48663-0003


Atlas Bobcat Inc
5050 N River Rd
Schiller Park, IL 60176


Bank of America
P.O. Box 1758
Newark, NJ 07101-1758


Bracing Systems Inc
P.O. Box 517
Bloomingdale, IL 60108-0517


Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285


Cassidy Conveyor
P.O. Box 1166
Dolton, IL 60419


Cement Masons #502
739 25th Ave
Bellwood, IL 60104

Cement Masons Union Local 502
739 S 25th Ave
Bellwood, IL 60104


Cement Masons Union Local 803
240 W St. Charles Rd
Villa Park, IL 60181-2401


Central Illinois Conveying
P.O. Box 652
Morris, IL 60450


Chase
900 Stewart Ave
Garden City, NY 11530


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Auto Finance
P.O. Box 9001083
Louisville, KY 40290


Chicago Regional Council Carpenters
12 East Erie St
Chicago, IL 60611


Citi Capital
P.O. Box 6229
Carol Stream, IL 60197


CNA Surety
101 S Phillips Ave
Sioux Falls, SD 57104-5703


CNH Capital America LLC
P.O. Box 7247-0170
Philadelphia, PA 19170-0170

Coal City Redi Mix
P.O. Box 116
Coal City, IL 60416


Coal City Trucking
P.O. Box 116
Coal City, IL 60416


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Concept Construction Services
8812 Shyline Dr
Willowbrook, IL 60527


Concrete Clinic
13089 Main Street
Lemont, IL 60439


Construction Supply
30 W Butterfield Rd
Warrenville, IL 60555


Contractor Supply Warehouse, Inc
321 S Oxford Ave
Chicago Ridge, IL 60415


D. Patrick Mullarkey
Tax Division DOJ, P.O. Box 55
Ben Franklin Station
Washington, DC 20044


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


District Counsel
200 W. Adams
Chicago, IL 60604


District Director IRS
230 S Dearborn
Chicago, IL 60604

Don Spender Lawn Care
P.O. Box 345
South Holland, IL 60473


DuPage County Union 83
240 W St. Charles Rd
Villa Park, IL 60181


Excel Waterproofing Services
6662 West 99th St
Chicago Ridge, IL 60415


FED EX
P.O. Box 94515
Palatine, IL 60094-4515


First Community Bank
2801 Black Road
Joliet, IL 60435


Ford Cred
Po Box Box 537901
Livonia, MI 48153


Ford Cred
Po Box Box 542000
Omaha, NE 68154


Ford Motor Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Ford Motor Credit
P.O. Box 6508
Mesa, AZ 85216-6508


GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


Gehl Finance
BIN 88512
Milwaukee, WI 53288-0512

GME Consultants
9824 Industrial Dr
Suite C
Bridgeview, IL 60455


Grundy Redi-Mix
P.O. Box 652
Morris, IL 60450


Hard Rock Concrete Cutters
984 Lee Street
Des Plaines, IL 60016


Home Depot
Processing Center
P.O. Box 689100
Des Moines, IA 50368-9100


Homewood Disposal Services, Inc
1501 W 175th Street
Homewood, IL 60430


Hoppy's Landscaping
P.O. Box 693
Lemont, IL 60439


Ice Mountain
P.O. Box 856680
Louisville, KY 40285


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601


Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Illinois Mining
41 Walter Court
Lake In The Hills, IL 60156

Ingersoll Rand
P.O. Box 6229
Carol Stream, IL 60197

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604

Judi's Embroidery
250 N Main
Seneca, IL 61360

K Hoving Recycling & Disposal
2351 Powis Rd
West Chicago, IL 60185

KDK Concrete Contractors
13624 Larkspur
Lockport, IL 60441

Laborers District Council
999 McLintoch Dr
Suite 300
Willowbrook, IL 60527

Laborers Pension Fund & Welfare Fun
53 W Jackson Blvd Suite 550
Christina Krivanek
Chicago, IL 60604

Lake County Finishers
28874 Rand Rd Unit B
Mchenry, IL 60051

Likar Insurance
1000 S Hamilton Suite G
Lockport, IL 60441

Linde Gas
P.O. Box 802807
Chicago, IL 60680-2807

Marco Brokerage Inc
41 Walter Court
Lake In The Hills, IL 60156

Midwest Operating Engineers
P.O. Box 74632
Chicago, IL 60675

N Ramos Construction
143 Paramount Dr
Wood Dale, IL 60191

Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Nu Look Car Wash
1388 State Street
Lemont, IL 60439

Ozinga Chicago
P.O. Box 16800
Chicago, IL 60616

Ozinga Concrete Products
2521 Technology Dr
#212
Elgin, IL 60123-7889

Ozinga Illinois
18825 Old LaGrange Road
Mokena, IL 60448

Ozinga Transportation
19015 South Jodi Road
Suite A
Mokena, IL 60448

Pekin Insurance Group
c/o Caine & Weiner
1100 E Woodfield Rd., #425
Schaumburg, IL 60173-5124


Personnel Concepts
2865 Metropolitan Pl
Pomona, CA 91767


Praire Material
P.O. Box 917
Bedford Park, IL 60499


R & J Construction Supply Co
30 W 180 Butterfield Rd
Warrenville, IL 60555


RTD Transport
P.O. Box 73
Coal City, IL 60416


Runnion Equipment
7950 West 47th St
Lyons, IL 60534


Safeco Insurance
P.O. Box 11223
Tacoma, WA 98411


Sams Club
P.O. Box 530942
Atlanta, GA 30353-0942


Secretary of State
312 Howlett Bldg
Springfield, IL 62756


Simborg
1149 W 175th Street
Homewood, IL 60430


Simborg
1149 175th Street
Homewood, IL 60430

Speedway SuperAmerica
P.O. Box 740587
Cincinnati, OH 45274


Sprint
P.O. Box 54977
Los Angeles, CA 90054-4977


Standard Bank
9321 Wicker Ave
Saint John, IN 46373


Standard Bank
7800 W 95th St
Hickory Hills, IL 60457


Standard Bank & Trust
7800 W 95th St
Hickory Hills, IL 60457


Steel Sales & Services
Dept 7050
P.O. Box 87618
Chicago, IL 60680


Steel Services Enterprises
17500 S Paxton
Lansing, IL 60438


Superior Small Engine Repair
15062 S Archer Ave.
Lockport, IL 60441


T H Davidson
10175 Vans Drive
Frankfort, IL 60423


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


The Glenrock Co
4206 Paysphere Circle
Chicago, IL 60674

TMW Equipment Repair inc
1217 Channahen Rd
Joliet, IL 60436


TTS Systems Inc
87 South Main
Suite 4
Newtown, CT 06470


United Construction Products
1700 Quincy Ave
Naperville, IL 60540


United States Attorney
219 S. Dearborn St.
Chicago, IL 60604


Wells Fargo
1 Home Campus Drive
P.O. Box 10347
Des Moines, IA 50306


Welsch Redi-Mix Inc
806 Gardner St
Joliet, IL 60433


Westside Tractor
P.O. Box 87618
Chicago, IL 60661