**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KNIPPENBERG, KIRK<br>KNIPPENBERG, WANDA<br><br>Debtor(s) | § Case No. 08-09794-BWB<br>§<br>§<br>§ |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 21, 2008. The undersigned trustee was appointed on April 21, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $          42,263.61

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2,570.10 |
   | Bank service fees | 76.12 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 39,617.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/02/2008 and the deadline for filing governmental claims was 10/18/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,976.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,976.30, for a total compensation of $4,976.30.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2011          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Period Ending:** 10/05/11

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/08 (f)  
**§341(a) Meeting Date:** 05/27/08  
**Claims Bar Date:** 09/02/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 13624 LAKESPUR DRIVE, HOMER GLEN | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | 16770 S VINCENNE | 150,000.00 | 109,085.00 | DA | 0.00 | FA |
| 3 | CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS ETC. | 350.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | LIFE INSURANCE | 50.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION | 67,022.53 | 0.00 | | 0.00 | FA |
| 10 | MISC STOCKS | 1,400.00 | 1,400.00 | DA | 0.00 | FA |
| 11 | KDK CONCRETE CONTRACTORS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | ALKAT CONSTRUCTION | 0.00 | 0.00 | | 0.00 | FA |
| 13 | A/R | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 TAX REFUND | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1965 IMPALA | 22,000.00 | 19,600.00 | | 14,000.00 | FA |
| 16 | MERCURY | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | FORD F250 | 32,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2006 SNOWMOBILE | 6,000.00 | 6,000.00 | | 3,750.00 | FA |
| 19 | 2006 TRUCK | 10,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1966 FORD THUNDERBIRD | 22,000.00 | 22,000.00 | | 15,000.00 | FA |
| 21 | KOBELCO 160 | 45,000.00 | 0.00 | | 0.00 | FA |
| 22 | 1998 KENWORTH TRUCK | 42,000.00 | 0.00 | | 0.00 | 0.00 |
| 23 | FRAUDULENT TRANSFER/KAREN HOLLAND  (u) | 9,500.00 | 9,500.00 | | 9,500.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 13.61 | Unknown |
| 24 | Assets    Totals (Excluding unknown values) | $772,872.53 | $167,585.00 | | $42,263.61 | $0.00 |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Period Ending:** 10/05/11  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/08 (f)  
**§341(a) Meeting Date:** 05/27/08  
**Claims Bar Date:** 09/02/08  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

SELLING VEHICLES TO DEBTOR; PREPARING ADVERSARY TO GET NEW TITLE; PREPAREING FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**   June 30, 2009        **Current Projected Date Of Final Report (TFR):**   April 30, 2012

Printed: 10/05/2011 10:53 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-09794-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KNIPPENBERG, KIRK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KNIPPENBERG, WANDA | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | **-***0548 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/05/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/15/09 | {15} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 1965 IMPALA | 1129-000 | 14,000.00 | | 14,000.00 |
| 10/23/09 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES DUE AUCTIONEER | 3620-000 | | 779.30 | 13,220.70 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 13,220.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,221.48 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,222.03 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,222.55 |
| 02/05/10 | 1002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-09794, BOND#016026455 Voided on 02/05/10 | 2300-000 | | 11.23 | 13,211.32 |
| 02/05/10 | 1002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-09794, BOND#016026455 Voided: check issued on 02/05/10 | 2300-000 | | -11.23 | 13,222.55 |
| 02/05/10 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-09794, BOND#016026455 | 2300-000 | | 11.23 | 13,211.32 |
| 02/11/10 | 1004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 36.06 | 13,175.26 |
| 02/17/10 | 1005 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 12,925.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,925.76 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 12,926.34 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.33 | | 12,926.67 |
| 04/20/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -12,926.67 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,076.59 | 1,076.59 | $0.00 |
| | | | Less: Bank Transfers | | -12,926.67 | 0.00 | |
| | | | **Subtotal** | | 14,003.26 | 1,076.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,003.26** | **$1,076.59** | |

{} Asset reference(s)

Printed: 10/05/2011 10:53 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-09794-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | KNIPPENBERG, KIRK | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KNIPPENBERG, WANDA | | **Account:** | ***-*****80-66 - Checking Account |
| **Taxpayer ID #:** | **-***0548 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 10/05/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-09794-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KNIPPENBERG, KIRK | Bank Name: | The Bank of New York Mellon |
| | KNIPPENBERG, WANDA | Account: | 9200-******80-65 - Money Market Account |
| Taxpayer ID #: | **-***0548 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/05/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 12,926.67 | | 12,926.67 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.19 | | 12,926.86 |
| 05/05/10 | | AMERICAN AUCTION ASSOCIATES, INC | | | 14,009.24 | | 26,936.10 |
| | {20} | | | 15,000.00 | 1129-000 | | 26,936.10 |
| | | | | -990.76 | 3620-000 | | 26,936.10 |
| 05/19/10 | {23} | KAREN HOLLAND | SETTLEMENT PER ORDER OF 4/9/10 | 1241-000 | 9,500.00 | | 36,436.10 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.20 | | 36,437.30 |
| 06/10/10 | 11006 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF SECRETARY OF STATE FEE PAID/REPLACEMENT TITLE | 2990-000 | | 95.00 | 36,342.30 |
| 06/28/10 | | STATE OF WI | REFUND OF OVERPAYMENT TO REGISTER SNOWMOBILE | 2990-000 | | -5.00 | 36,347.30 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,348.80 |
| 07/26/10 | | AMERICAN AUCTION ASSOCIATES, INC | | | 3,479.34 | | 39,828.14 |
| | {18} | | | 3,750.00 | 1129-000 | | 39,828.14 |
| | | AMERICAN AUCTION ASSOC., INC. | EXPENSES  -270.66 | 3620-000 | | | 39,828.14 |
| 07/28/10 | 11007 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR TITLE REPLACEMENT FEE | 2990-000 | | 95.00 | 39,733.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.57 | | 39,734.71 |
| 08/26/10 | 11008 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 15.01 | 39,719.70 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,721.38 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,721.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,722.03 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,722.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,722.68 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,723.01 |
| 02/15/11 | 11009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-09794, Bond# 016026455 | 2300-000 | | 32.08 | 39,690.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 39,691.23 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,691.56 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,691.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,692.21 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,692.53 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,692.86 |

Subtotals: $39,924.95  $232.09

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Taxpayer ID #:** **-***0548  
**Period Ending:** 10/05/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.12 | 39,616.74 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,617.07 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,617.39 |
| | | | **ACCOUNT TOTALS** | | **39,925.60** | **308.21** | **$39,617.39** |
| | | | Less: Bank Transfers | | 12,926.67 | 0.00 | |
| | | | **Subtotal** | | **26,998.93** | **308.21** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,998.93** | **$308.21** | |

{} Asset reference(s)

Printed: 10/05/2011 10:53 AM V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-09794-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KNIPPENBERG, KIRK | | Bank Name: | The Bank of New York Mellon |
| | KNIPPENBERG, WANDA | | Account: | 9200-******80-66 - Checking Account |
| Taxpayer ID #: | **-***0548 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 14,003.26 | 1,076.59 | 0.00 |
| Checking # ***-*****80-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******80-65 | 26,998.93 | 308.21 | 39,617.39 |
| Checking # 9200-******80-66 | 0.00 | 0.00 | 0.00 |
| | $41,002.19 | $1,384.80 | $39,617.39 |

{} Asset reference(s)

Printed: 10/05/2011 10:53 AM    V.12.57

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-09794-BWB
Case Name: KNIPPENBERG, KIRK
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 39,617.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,617.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,976.30 | 0.00 | 4,976.30 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 13,265.00 | 0.00 | 13,265.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 332.76 | 0.00 | 332.76 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,289.00 | 0.00 | 2,289.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 23.00 | 0.00 | 23.00 |

Total to be paid for chapter 7 administration expenses: $ 20,886.06
Remaining balance: $ 18,731.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,731.33

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $124,526.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27P | Department of the Treasury-Internal Revenue Servic | 81,862.05 | 0.00 | 18,730.68 |
| 28 | INTERNAL REVENUE SERVICE | 42,664.09 | 0.00 | 0.00 |

Total to be paid for priority claims:     $        18,730.68
Remaining balance:                        $             0.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,007,025.56 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital Recovery II | 8,006.90 | 0.00 | 0.00 |
| 4 | Capital Recovery II | 60.73 | 0.00 | 0.00 |
| 5 | Discover Bank/DFS Services LLC | 9,417.21 | 0.00 | 0.00 |
| 6 | Superior Small Engine Repair | 1,385.09 | 0.00 | 0.00 |
| 7 | Wells Fargo Bank, N.A. | 13,091.05 | 0.00 | 0.00 |
| 8 | Hard Rock Concrete Cutters | 11,145.00 | 0.00 | 0.00 |
| 9 | CNH Capital America LLC | 29,110.80 | 0.00 | 0.00 |
| 10 | Speedway SuperAmerica LLC | 24,623.54 | 0.00 | 0.00 |
| 11 | Chase Bank USA, NA | 9,621.13 | 0.00 | 0.00 |
| 12 -2 | Chase Bank USA, NA | 14,813.43 | 0.00 | 0.00 |
| 13 | Ozinga Chicago RMC Inc | 10,071.06 | 0.00 | 0.00 |
| 14 | Ozinga Transportation Inc | 35,414.72 | 0.00 | 0.00 |
| 15 -2 | Ozinga Illinois Ready Mix Concrete Inc | 44,781.95 | 0.00 | 0.00 |
| 16 -2 | Ozinga Concrete Products Inc | 6,882.29 | 0.00 | 0.00 |
| 17 | United Construction Products Inc | 12,394.03 | 0.00 | 0.00 |
| 18 | Advanta Bank Corp | 13,780.37 | 0.00 | 0.00 |
| 19 | ADT Security Services | 496.72 | 0.00 | 0.00 |
| 20 | Gehl Finance | 21,689.16 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 21 | ADT Security Services | 702.12 | 0.00 | 0.00 |
| 22 | Concrete Clinic | 27,114.13 | 0.00 | 0.00 |
| 23 | First Community Bank of Joliet | 679,486.76 | 0.00 | 0.00 |
| 24U | Standard Bank and Trust Co | 31,937.37 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.65

Tardily filed claims of general (unsecured) creditors totaling $ 190,498.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | GE Leasing as assignee of Citicapital | 180,304.77 | 0.00 | 0.00 |
| 26 | Western Surety Company | 10,000.00 | 0.00 | 0.00 |
| 27U | Department of the Treasury-Internal Revenue Servic | 193.30 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.65

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.65

**UST Form 101-7-TFR (05/1/2011)**