**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: KNIPPENBERG, KIRK § | Case No. 08-09794-BWB |
| KNIPPENBERG, WANDA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/04/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/05/2011         By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                          Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KNIPPENBERG, KIRK  § Case No. 08-09794-BWB
KNIPPENBERG, WANDA  §
  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 42,263.61 |
| *and approved disbursements of* | $ 2,646.22 |
| *leaving a balance on hand of* [1] | $ 39,617.39 |
| **Balance on hand:** | $ 39,617.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 39,617.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,976.30 | 0.00 | 4,976.30 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 13,265.00 | 0.00 | 13,265.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 332.76 | 0.00 | 332.76 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,289.00 | 0.00 | 2,289.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 23.00 | 0.00 | 23.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 20,886.06 |
| Remaining balance: | $ 18,731.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 18,731.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $124,526.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27P | Department of the Treasury-Internal Revenue Servic | 81,862.05 | 0.00 | 18,730.68 |
| 28 | INTERNAL REVENUE SERVICE | 42,664.09 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 18,730.68 |
| Remaining balance: | $ | 0.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,007,025.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital Recovery II | 8,006.90 | 0.00 | 0.00 |
| 4 | Capital Recovery II | 60.73 | 0.00 | 0.00 |
| 5 | Discover Bank/DFS Services LLC | 9,417.21 | 0.00 | 0.00 |
| 6 | Superior Small Engine Repair | 1,385.09 | 0.00 | 0.00 |
| 7 | Wells Fargo Bank, N.A. | 13,091.05 | 0.00 | 0.00 |
| 8 | Hard Rock Concrete Cutters | 11,145.00 | 0.00 | 0.00 |
| 9 | CNH Capital America LLC | 29,110.80 | 0.00 | 0.00 |
| 10 | Speedway SuperAmerica LLC | 24,623.54 | 0.00 | 0.00 |
| 11 | Chase Bank USA, NA | 9,621.13 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 -2 | Chase Bank USA, NA | 14,813.43 | 0.00 | 0.00 |
| 13 | Ozinga Chicago RMC Inc | 10,071.06 | 0.00 | 0.00 |
| 14 | Ozinga Transportation Inc | 35,414.72 | 0.00 | 0.00 |
| 15 -2 | Ozinga Illinois Ready Mix Concrete Inc | 44,781.95 | 0.00 | 0.00 |
| 16 -2 | Ozinga Concrete Products Inc | 6,882.29 | 0.00 | 0.00 |
| 17 | United Construction Products Inc | 12,394.03 | 0.00 | 0.00 |
| 18 | Advanta Bank Corp | 13,780.37 | 0.00 | 0.00 |
| 19 | ADT Security Services | 496.72 | 0.00 | 0.00 |
| 20 | Gehl Finance | 21,689.16 | 0.00 | 0.00 |
| 21 | ADT Security Services | 1,702.12 | 0.00 | 0.00 |
| 22 | Concrete Clinic | 27,114.13 | 0.00 | 0.00 |
| 23 | First Community Bank of Joliet | 679,486.76 | 0.00 | 0.00 |
| 24U | Standard Bank and Trust Co | 31,937.37 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:                                       $         0.65

Tardily filed claims of general (unsecured) creditors totaling $ 190,498.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 25 | GE Leasing as assignee of Citicapital | 180,304.77 | 0.00 | 0.00 |
| 26 | Western Surety Company | 10,000.00 | 0.00 | 0.00 |
| 27U | Department of the Treasury-Internal Revenue Servic | 193.30 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:                                      $         0.65

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.65

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 08-09794-BWB
Kirk D Knippenberg                                                      Chapter 7
Wanda Knippenberg
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: vwalker                Page 1 of 3                  Date Rcvd: Oct 06, 2011
                               Form ID: pdf006              Total Noticed: 106


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
db/jdb        +Kirk D Knippenberg,    Wanda Knippenberg,    17150 McCarron,    Homer Glen, IL 60491-8251
12160738      +ADT Security Services,    14200 East Exposition Ave,    Aurora, CO 80012-2540
12160742       AT& T,    SBC,    Bill Payment Center,    Saginaw, MI 48663-0003
12408047       Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12160744       Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
12160745       Bracing Systems Inc,    P.O. Box 517,    Bloomingdale, IL 60108-0517
12369681      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12160758      +CNA Surety,    101 S Phillips Ave,    Sioux Falls, SD 57104-6735
12160759       CNH Capital America LLC,    P.O. Box 3600,    Lancaster PA 17604-3600
12160746       Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12160747      +Cassidy Conveyor,    P.O. Box 1166,    Dolton, IL 60419-7166
12160749      +Cement Masons Union Local 502,    739 S 25th Ave,    Bellwood, IL 60104-1954
12160750      +Cement Masons Union Local 803,    240 W St. Charles Rd,    Villa Park, IL 60181-2498
12160751      +Central Illinois Conveying,    P.O. Box 652,    Morris, IL 60450-0652
12160754       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12160753      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12363304       Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12160760      +Coal City Redi Mix,    P.O. Box 116,    Coal City, IL 60416-0116
12160761      +Coal City Trucking,    P.O. Box 116,    Coal City, IL 60416-0116
12160763      +Concept Construction Services,    8812 Shyline Dr,    Willowbrook, IL 60527-6211
12160764      +Concrete Clinic,    13089 Main Street,    Lemont, IL 60439-9373
12160765       Construction Supply,    30 W Butterfield Rd,    Warrenville, IL 60555
12160766       Contractor Supply Warehouse, Inc,    321 S Oxford Ave,    Chicago Ridge, IL 60415
12160767       D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
                Washington, DC 20044
12160771      +Don Spender Lawn Care,    P.O. Box 345,    South Holland, IL 60473-0345
12160772      +DuPage County Union 83,    240 W St. Charles Rd,    Villa Park, IL 60181-2401
12160773      +Excel Waterproofing Services,    6662 West 99th St,    Chicago Ridge, IL 60415-1261
12160774       FED EX,    P.O. Box 94515,    Palatine, IL 60094-4515
12160776     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company LLC,      Po Box Box 537901,
                Livonia, MI 48153)
12160775      +First Community Bank,    2801 Black Road,    Joliet, IL 60435-2929
12567255      +First Community Bank of Joliet,    2801 Black Road,    Joliet, IL 60435-2929
12160777      +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
12160778       Ford Motor Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
12160779       Ford Motor Credit,    P.O. Box 6508,    Mesa, AZ 85216-6508
12763636      +GE Leasing as assignee of Citicapital,     c/o Noonan & Lieberman, Ltd.,    105 W. Adams, Suite 3000,
                Chicago, IL 60603-6228
12160782      +GME Consultants,    9824 Industrial Dr,    Suite C,    Bridgeview, IL 60455-2332
16908335      +Gehl Finance Division of Gehl Company,    P.O. Box 1985,    West Bend, Wisconsin 53095-7985
12160783      +Grundy Redi-Mix,    P.O. Box 652,    Morris, IL 60450-0652
12160784      +Hard Rock Concrete Cutters,    984 Lee Street,    Des Plaines, IL 60016-6513
12333136      +Hard Rock Concrete Cutters,    601 Chaddick Dr,    Wheeling, IL 60090-6053
12160786      +Homewood Disposal Services, Inc,    1501 W 175th Street,    Homewood, IL 60430-4608
12295007     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
12160770     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: District Director IRS,     230 S Dearborn,    Chicago, IL 60604)
12160793     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Mail Stop 5010 CHI,    230 S. Dearborn St,
                Chicago, IL 60604)
12160788      +Ice Mountain,    P.O. Box 856680,    Louisville, KY 40285-6680
12160789       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
12160790       Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
12160791      +Illinois Mining,    41 Walter Court,    Lake In The Hills, IL 60156-1586
12160769       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
12160794      +Judi's Embroidery,    250 N Main,    Seneca, IL 61360-9318
12160795      +K Hoving Recycling & Disposal,    2351 Powis Rd,    West Chicago, IL 60185-1013
12160797      +Laborers District Council,    999 McLintoch Dr,    Suite 300,    Willowbrook, IL 60527-0824
12160799      +Lake County Finishers,    28874 Rand Rd Unit B,    Mchenry, IL 60051-7204
12160800      +Likar Insurance,    1000 S Hamilton Suite G,    Lockport, IL 60441-3197
12160801       Linde Gas,    P.O. Box 802807,    Chicago, IL 60680-2807
12160802      +Marco Brokerage Inc,    41 Walter Court,    Lake In The Hills, IL 60156-1586
12160803      +Midwest Operating Engineers,    P.O. Box 74632,    Chicago, IL 60675-4632
12160804      +N Ramos Construction,    143 Paramount Dr,    Wood Dale, IL 60191-1968
12160807      +Nu Look Car Wash,    1388 State Street,    Lemont, IL 60439-4763
```

```
District/off: 0752-1           User: vwalker              Page 2 of 3                   Date Rcvd: Oct 06, 2011
                               Form ID: pdf006            Total Noticed: 106

12160808      Ozinga Chicago RMC Inc,    Raphael E Yalden II,    Yalden Olsen & Willette,    1318 E State St,
               Rockford IL 61104-2228
12160809      Ozinga Concrete Products Inc,    Raphael E Yalden II,    Yalden Olsen & Willette,    1318 E State St,
               Rockford IL 61104-2228
12160810      Ozinga Illinois Ready Mix Concrete Inc,    Raphael E Yalden II,    Yalden Olsen & Willette,
               1318 E State St,    Rockford IL 61104-2228
12160811     +Ozinga Transportation Inc,    Raphael E Yalden II,    Yalden Olsen & Willette,    1318 E State St,
               Rockford IL 61104-2228
12160812     +Pekin Insurance Group,    c/o Caine & Weiner,    1100 E Woodfield Rd., #425,
               Schaumburg, IL 60173-5116
12160814     +Praire Material,    P.O. Box 917,    Bedford Park, IL 60499-0917
12160816     +RTD Transport,    P.O. Box 73,    Coal City, IL 60416-0073
12160817     +Runnion Equipment,    7950 West 47th St,    Lyons, IL 60534-1898
12160824    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,    P.O. Box 54977,    Los Angeles, CA 90054-4977)
12160818     +Safeco Insurance,    P.O. Box 11223,    Tacoma, WA 98411-0223
12160820     +Secretary of State,    312 Howlett Bldg,    Springfield, IL 62756-0001
12160821     +Simborg,    1149 W 175th Street,    Homewood, IL 60430-4604
12160823     +Speedway SuperAmerica,    P.O. Box 740587,    Cincinnati, OH 45274-0587
12351395     +Speedway SuperAmerica LLC,    P O Box 1590,    Springfield, OH 45501-1590
12160825     +Standard Bank,    9321 Wicker Ave,    Saint John, IN 46373-9412
12160826     +Standard Bank,    7800 W 95th St,    Hickory Hills, IL 60457-2298
12572065     +Standard Bank and Trust Co,    c/o William J Bryan,    17926 Dixie Highway,
               Homewood IL 60430-3056
12160828     +Steel Sales & Services,    Dept 7050,    P.O. Box 87618,    Chicago, IL 60680-0618
12160829     +Steel Services Enterprises,    17500 S Paxton,    Lansing, IL 60438-1696
12160830     +Superior Small Engine Repair,    15062 S Archer Ave.,    Lockport, IL 60441-2258
12160831     +T H Davidson,    10175 Vans Drive,    Frankfort, IL 60423-7914
12160834     +TMW Equipment Repair inc,    1217 Channahen Rd,    Joliet, IL 60436-9527
12160832     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12160833     +The Glenrock Co,    4206 Paysphere Circle,    Chicago, IL 60674-0001
12160836     +United Construction Products Inc,    Nigro & Wesfall PC,    1793 Bloomingdale Rd,
               Glendale Heights IL 60139-2187
12160837     +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708
12160838     +Wells Fargo,    1 Home Campus Drive,    P.O. Box 10347,    Des Moines, IA 50306-0347
12311633     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
               Des Moines, IA 50306-9210
12160839     +Welsch Redi-Mix Inc,    806 Gardner St,    Joliet, IL 60433-2434
12968435     +Western Surety Company,    c/o Kazlow & Fields LLC,    11605 Crossroads Circle Suite J,
               Baltimore, MD 21220-2865
12160840     +Westside Tractor,    P.O. Box 87618,    Chicago, IL 60680-0618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12160740      E-mail/Text: bkr@cardworks.com Oct 07 2011 01:35:58     Advanta Bank,    P.O. Box 30715,
               Salt Lake City, UT 84130-0715
12160739      E-mail/Text: bkr@cardworks.com Oct 07 2011 01:35:58     Advanta Bank,    P.O. Box 8088,
               Philadelphia, PA 19101-8088
12160743     +E-mail/Text: skuhlmann@atlaslift.com Oct 07 2011 01:36:31      Atlas Bobcat Inc,    5050 N River Rd,
               Schiller Park, IL 60176-1092
12640997     +E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12160752     +E-mail/Text: BK.Notifications@jpmchase.com Oct 07 2011 01:33:45      Chase,    900 Stewart Ave,
               Garden City, NY 11530-4891
12160755     +E-mail/Text: BK.Notifications@jpmchase.com Oct 07 2011 01:33:45      Chase Auto Finance,
               P.O. Box 9001083,    Louisville, KY 40290-1083
12160756     +E-mail/Text: dmcanally@whitfield-mcgann.com Oct 07 2011 01:36:37
               Chicago Regional Council Carpenters,    12 East Erie St,    Chicago, IL 60611-2767
12295006     +E-mail/Text: legalcollections@comed.com Oct 07 2011 01:35:32      ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12309226      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 03:41:25
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12160768     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 03:41:25      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
12294058     +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      GE Money Bank/JCPenney,
               Recovery Mgmt Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12294056      E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:19      GE Money Bank/Select Comfort/GEMB,
               c/o GE Consumer Finance,    PO Box 960061,    Orlando FL 32896-0661
12160781      Fax: 262-365-5913 Oct 07 2011 01:40:25     Gehl Finance,    BIN 88512,    Milwaukee, WI 53288-0512
12295008     +E-mail/Text: bankrup@nicor.com Oct 07 2011 01:33:22     NICOR Northern Illinois Gas,
               Attn Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
12640998      E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12160819      E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Sams Club,    P.O. Box 530942,
               Atlanta, GA 30353-0942
12968435     +E-mail/Text: darren@kazlowfields.com Oct 07 2011 01:50:25      Western Surety Company,
               c/o Kazlow & Fields LLC,    11605 Crossroads Circle Suite J,    Baltimore, MD 21220-2865
                                                                                              TOTAL: 17
```

```
District/off: 0752-1          User: vwalker              Page 3 of 3                  Date Rcvd: Oct 06, 2011
                              Form ID: pdf006            Total Noticed: 106

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12160741   ##+Altak Construction Services,    13624 Larkspur Dr,    Homer Glen, IL 60491-8201
12160757   ##+Citi Capital,    P.O. Box 6229,    Carol Stream, IL 60197-6229
12160785    ##Home Depot,    Processing Center,    P.O. Box 689100,    Des Moines, IA 50368-9100
12160787   ##+Hoppy's Landscaping,    P.O. Box 693,    Lemont, IL 60439-0693
12160792   ##+Ingersoll Rand,    P.O. Box 6229,    Carol Stream, IL 60197-6229
12160796   ##+KDK Concrete Contractors,    13624 Larkspur,    Lockport, IL 60491-8201
12160798   ##+Laborers Pension Fund & Welfare Fun,    53 W Jackson Blvd Suite 550,    Christina Krivanek,
             Chicago, IL 60604-3425
12160813   ##+Personnel Concepts,    2865 Metropolitan Pl,    Pomona, CA 91767-1853
12160815   ##+R & J Construction Supply Co,    30 W 180 Butterfield Rd,    Warrenville, IL 60555-1561
12160835   ##+TTS Systems Inc,    87 South Main,    Suite 4,    Newtown, CT 06470-2315
                                                                                      TOTALS: 0, * 0, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**                    **Signature:**    *Joseph Speetjens*