UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 (Joliet) |
|    Kirk D. Knippenberg and | ) | Case No: 08 B 09794 |
|    Wanda Knippenberg | ) | |
| | ) | Honorable Bruce W. Black |
|         Debtor, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Grochocinski, Grochocinski & Lloyd, Ltd., Attorneys for the Trustee, for Allowance and Payment of Compensation and Reimbursement of Expenses.**

| | | | | |
|---|---|---|---|---|
| Total Fees Requested: | $ 13,265.00 | Total Costs Requested: | $ 332.76 |
| Fees Disallowed: | $ 1,275.00 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $ 11,990.00 | Total Costs Allowed: | $ 332.76 |

Total Fees and Costs Allowed:    $ 12,322.76

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT
HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1) Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation."*Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988):

| | |
|---|---|
| Motion to Employ Accountant | $ 240.00 |
| Objections to Two Claims (general objections) | $ 960.00 |

**(2) Unreasonable Time**
The Court denies the allowance in part of compensation for the following task because the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the

1

reasonable amount of time an attorney should have to spend on a given project...An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987):

Subtraction of .2 hours at $375/hr for court appearance 10/9/09         $   75.00

    **Grochocinski, Grochocinski & Lloyd, Ltd.** is hereby awarded an allowance of compensation and expenses as set forth above.

Dated: November 4, 2011              Entered:

_____
Bruce W. Black
United States Bankruptcy Court

2