**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: KNIPPENBERG, KIRK § Case No. 08-09794-BWB
   KNIPPENBERG, WANDA § 
 § 
Debtor(s) § 

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $164,900.00     Assets Exempt:  $155,582.53
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,006.68     Claims Discharged
                        Without Payment:  $1,266,233.52

Total Expenses of Administration: $22,257.28

---

 3) Total gross receipts of $ 42,263.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $42,263.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $290,744.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,532.28 | 22,257.28 | 22,257.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 124,526.14 | 124,526.14 | 20,006.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,197,523.63 | 1,197,523.63 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,636,326.92 | $1,344,307.05 | $42,263.96 |

    4) This case was originally filed under Chapter 7 on April 21, 2008. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2011          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1965 IMPALA | 1129-000 | 14,000.00 |
| 2006 SNOWMOBILE | 1129-000 | 3,750.00 |
| 1966 FORD THUNDERBIRD | 1129-000 | 15,000.00 |
| FRAUDULENT TRANSFER/KAREN HOLLAND | 1241-000 | 9,500.00 |
| Interest Income | 1270-000 | 13.96 |
| **TOTAL GROSS RECEIPTS** | | **$42,263.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4210-000 | N/A | 7,064.10 | 0.00 | 0.00 |
| 2 | Ford Motor Credit Company LLC | 4210-000 | N/A | 33,680.77 | 0.00 | 0.00 |
| 24S | Standard Bank and Trust Co | 4110-000 | N/A | 250,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$290,744.87** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 4,976.30 | 4,976.30 | 4,976.30 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 13,265.00 | 11,990.00 | 11,990.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 332.76 | 332.76 | 332.76 |
| Alan D. Lasko | 3410-000 | N/A | 2,289.00 | 2,289.00 | 2,289.00 |
| Alan D. Lasko | 3420-000 | N/A | 23.00 | 23.00 | 23.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 779.30 | 779.30 | 779.30 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 11.23 | 11.23 | 11.23 |
| UPS | 2990-000 | N/A | 36.06 | 36.06 | 36.06 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| AMERICAN AUCTION ASSOCIATES, INC | 3620-000 | N/A | 990.76 | 990.76 | 990.76 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2990-000 | N/A | 95.00 | 95.00 | 95.00 |
| STATE OF WI | 2990-000 | N/A | -5.00 | -5.00 | -5.00 |
| AMERICAN AUCTION ASSOC., INC. | 3620-000 | N/A | 270.66 | 270.66 | 270.66 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2990-000 | N/A | 95.00 | 95.00 | 95.00 |
| UPS | 2990-000 | N/A | 15.01 | 15.01 | 15.01 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 32.08 | 32.08 | 32.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.12 | 76.12 | 76.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 23,532.28 | 22,257.28 | 22,257.28 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 81,862.05 | 81,862.05 | 13,152.16 |
| 28 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 42,664.09 | 42,664.09 | 6,854.52 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 124,526.14 | 124,526.14 | 20,006.68 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital Recovery II | 7100-000 | N/A | 8,006.90 | 8,006.90 | 0.00 |
| 4 | Capital Recovery II | 7100-000 | N/A | 60.73 | 60.73 | 0.00 |
| 5 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 9,417.21 | 9,417.21 | 0.00 |
| 6 | Superior Small Engine Repair | 7100-000 | N/A | 1,385.09 | 1,385.09 | 0.00 |
| 7 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 13,091.05 | 13,091.05 | 0.00 |
| 8 | Hard Rock Concrete Cutters | 7100-000 | N/A | 11,145.00 | 11,145.00 | 0.00 |
| 9 | CNH Capital America LLC | 7100-000 | N/A | 29,110.80 | 29,110.80 | 0.00 |
| 10 | Speedway SuperAmerica LLC | 7100-000 | N/A | 24,623.54 | 24,623.54 | 0.00 |
| 11 | Chase Bank USA, NA | 7100-000 | N/A | 9,621.13 | 9,621.13 | 0.00 |
| 12 -2 | Chase Bank USA, NA | 7100-000 | N/A | 14,813.43 | 14,813.43 | 0.00 |
| 13 | Ozinga Chicago RMC Inc | 7100-000 | N/A | 10,071.06 | 10,071.06 | 0.00 |
| 14 | Ozinga Transportation Inc | 7100-000 | N/A | 35,414.72 | 35,414.72 | 0.00 |
| 15 -2 | Ozinga Illinois Ready Mix Concrete Inc | 7100-000 | N/A | 44,781.95 | 44,781.95 | 0.00 |
| 16 -2 | Ozinga Concrete Products Inc | 7100-000 | N/A | 6,882.29 | 6,882.29 | 0.00 |
| 17 | United Construction Products Inc | 7100-000 | N/A | 12,394.03 | 12,394.03 | 0.00 |
| 18 | Advanta Bank Corp | 7100-000 | N/A | 13,780.37 | 13,780.37 | 0.00 |
| 19 | ADT Security Services | 7100-000 | N/A | 496.72 | 496.72 | 0.00 |
| 20 | Gehl Finance | 7100-000 | N/A | 21,689.16 | 21,689.16 | 0.00 |
| 21 | ADT Security Services | 7100-000 | N/A | 1,702.12 | 1,702.12 | 0.00 |
| 22 | Concrete Clinic | 7100-000 | N/A | 27,114.13 | 27,114.13 | 0.00 |
| 23 | First Community Bank of Joliet | 7100-000 | N/A | 679,486.76 | 679,486.76 | 0.00 |
| 24U | Standard Bank and Trust Co | 7100-000 | N/A | 31,937.37 | 31,937.37 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | GE Leasing as assignee of Citicapital | 7200-000 | N/A | 180,304.77 | 180,304.77 | 0.00 |
| 26 | Western Surety Company | 7200-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 27U | Department of the Treasury-Internal Revenue | 7200-000 | N/A | 193.30 | 193.30 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,197,523.63 | 1,197,523.63 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Period Ending:** 12/08/11

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/08 (f)  
**§341(a) Meeting Date:** 05/27/08  
**Claims Bar Date:** 09/02/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 13624 LAKESPUR DRIVE, HOMER GLEN | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | 16770 S VINCENNE | 150,000.00 | 109,085.00 | DA | 0.00 | FA |
| 3 | CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS ETC. | 350.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | LIFE INSURANCE | 50.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION | 67,022.53 | 0.00 | | 0.00 | FA |
| 10 | MISC STOCKS | 1,400.00 | 1,400.00 | DA | 0.00 | FA |
| 11 | KDK CONCRETE CONTRACTORS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | ALKAT CONSTRUCTION | 0.00 | 0.00 | | 0.00 | FA |
| 13 | A/R | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 TAX REFUND | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1965 IMPALA | 22,000.00 | 19,600.00 | | 14,000.00 | FA |
| 16 | MERCURY | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | FORD F250 | 32,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2006 SNOWMOBILE | 6,000.00 | 6,000.00 | | 3,750.00 | FA |
| 19 | 2006 TRUCK | 10,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1966 FORD THUNDERBIRD | 22,000.00 | 22,000.00 | | 15,000.00 | FA |
| 21 | KOBELCO 160 | 45,000.00 | 0.00 | | 0.00 | FA |
| 22 | 1998 KENWORTH TRUCK | 42,000.00 | 0.00 | | 0.00 | 0.00 |
| 23 | FRAUDULENT TRANSFER/KAREN HOLLAND (u) | 9,500.00 | 9,500.00 | | 9,500.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 13.96 | Unknown |
| 24 | Assets     Totals (Excluding unknown values) | **$772,872.53** | **$167,585.00** | | **$42,263.96** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Period Ending:** 12/08/11

**Trustee:** (330180)    THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/08 (f)  
**§341(a) Meeting Date:** 05/27/08  
**Claims Bar Date:** 09/02/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    SELLING VEHICLES TO DEBTOR; PREPARING ADVERSARY TO GET NEW TITLE; PREPAREING FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**    June 30, 2009    **Current Projected Date Of Final Report (TFR):**    April 30, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Taxpayer ID #:** **-***0548  
**Period Ending:** 12/08/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/09 | {15} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 1965 IMPALA | 1129-000 | 14,000.00 | | 14,000.00 |
| 10/23/09 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES DUE AUCTIONEER | 3620-000 | | 779.30 | 13,220.70 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 13,220.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,221.48 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,222.03 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,222.55 |
| 02/05/10 | 1002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-09794, BOND#016026455<br>Voided on 02/05/10 | 2300-000 | | 11.23 | 13,211.32 |
| 02/05/10 | 1002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-09794, BOND#016026455<br>Voided: check issued on 02/05/10 | 2300-000 | | -11.23 | 13,222.55 |
| 02/05/10 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-09794, BOND#016026455 | 2300-000 | | 11.23 | 13,211.32 |
| 02/11/10 | 1004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 36.06 | 13,175.26 |
| 02/17/10 | 1005 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 12,925.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,925.76 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 12,926.34 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.33 | | 12,926.67 |
| 04/20/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -12,926.67 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,076.59 | 1,076.59 | $0.00 |
| | | | Less: Bank Transfers | | -12,926.67 | 0.00 | |
| | | | **Subtotal** | | 14,003.26 | 1,076.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,003.26** | **$1,076.59** | |

{} Asset reference(s)  
Printed: 12/08/2011 10:26 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-09794-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | KNIPPENBERG, KIRK | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KNIPPENBERG, WANDA | | **Account:** | ***-*****80-66 - Checking Account |
| **Taxpayer ID #:** | **-***0548 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/08/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/08/2011 10:26 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Taxpayer ID #:** **-***0548  
**Period Ending:** 12/08/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 12,926.67 | | 12,926.67 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.19 | | 12,926.86 |
| 05/05/10 | | AMERICAN AUCTION ASSOCIATES, INC | | | 14,009.24 | | 26,936.10 |
| | {20} | | | 15,000.00 | 1129-000 | | 26,936.10 |
| | | | | -990.76 | 3620-000 | | 26,936.10 |
| 05/19/10 | {23} | KAREN HOLLAND | SETTLEMENT PER ORDER OF 4/9/10 | 1241-000 | 9,500.00 | | 36,436.10 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.20 | | 36,437.30 |
| 06/10/10 | 11006 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF SECRETARY OF STATE FEE PAID/REPLACEMENT TITLE | 2990-000 | | 95.00 | 36,342.30 |
| 06/28/10 | | STATE OF WI | REFUND OF OVERPAYMENT TO REGISTER SNOWMOBILE | 2990-000 | | -5.00 | 36,347.30 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,348.80 |
| 07/26/10 | | AMERICAN AUCTION ASSOCIATES, INC | | | 3,479.34 | | 39,828.14 |
| | {18} | | | 3,750.00 | 1129-000 | | 39,828.14 |
| | | AMERICAN AUCTION ASSOC., INC. | EXPENSES      -270.66 | 3620-000 | | | 39,828.14 |
| 07/28/10 | 11007 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR TITLE REPLACEMENT FEE | 2990-000 | | 95.00 | 39,733.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.57 | | 39,734.71 |
| 08/26/10 | 11008 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 15.01 | 39,719.70 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,721.38 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,721.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,722.03 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,722.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,722.68 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,723.01 |
| 02/15/11 | 11009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-09794, Bond# 016026455 | 2300-000 | | 32.08 | 39,690.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 39,691.23 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,691.56 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,691.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,692.21 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,692.53 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,692.86 |

Subtotals :    $39,924.95    $232.09

{} Asset reference(s)                              Printed: 12/08/2011 10:26 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Taxpayer ID #:** **-***0548  
**Period Ending:** 12/08/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.12 | 39,616.74 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,617.07 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,617.39 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,617.72 |
| 11/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 39,617.74 |
| 11/03/11 | | To Account #9200******8066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 39,617.74 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 39,925.95 | 39,925.95 | $0.00 |
| Less: Bank Transfers | | 12,926.67 | 39,617.74 | |
| **Subtotal** | | 26,999.28 | 308.21 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $26,999.28 | $308.21 | |

{} Asset reference(s)

Printed: 12/08/2011 10:26 AM   V.12.57

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 08-09794-BWB  
**Case Name:** KNIPPENBERG, KIRK  
KNIPPENBERG, WANDA  
**Taxpayer ID #:** **-***0548  
**Period Ending:** 12/08/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/11 | | From Account #9200******8065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 39,617.74 | | 39,617.74 |
| 11/08/11 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $4,976.30, Trustee Compensation; Reference: | 2100-000 | | 4,976.30 | 34,641.44 |
| 11/08/11 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $11,990.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,990.00 | 22,651.44 |
| 11/08/11 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $332.76, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 332.76 | 22,318.68 |
| 11/08/11 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $2,289.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,289.00 | 20,029.68 |
| 11/08/11 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $23.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 23.00 | 20,006.68 |
| 11/08/11 | 10106 | Department of the Treasury-Internal Revenue Servic | Dividend paid 16.06% on $81,862.05; Claim# 27P; Filed: $81,862.05; Reference: | 5800-000 | | 13,152.16 | 6,854.52 |
| 11/08/11 | 10107 | INTERNAL REVENUE SERVICE | Dividend paid 16.06% on $42,664.09; Claim# 28; Filed: $42,664.09; Reference: | 5800-000 | | 6,854.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 39,617.74 | 39,617.74 | $0.00 |
| | | | Less: Bank Transfers | | 39,617.74 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 39,617.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $39,617.74 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 14,003.26 | 1,076.59 | 0.00 |
| Checking # ***-*****80-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******80-65 | 26,999.28 | 308.21 | 0.00 |
| Checking # 9200-******80-66 | 0.00 | 39,617.74 | 0.00 |
| | $41,002.54 | $41,002.54 | $0.00 |

{} Asset reference(s)

Printed: 12/08/2011 10:26 AM   V.12.57